FILED'11 MAR 01 14:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DONTAE LAMONT HUNT,

        Petitioner,

  v.

THE UNITED STATES OF AMERICA,

        Respondent.

CV. 11-232-MA

ORDER

MARSH, Judge

    Petitioner brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2241. A party seeking to institute a habeas corpus proceeding shall pay a filing fee of $5.00. 28 U.S.C. § 1914(a). An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a).

    Petitioner has neither submitted the requisite filing fee nor moved to proceed *in forma pauperis*. Accordingly, IT IS ORDERED that petitioner shall submit the $5.00 filing fee, or an application to proceed *in forma pauperis,* within 30 days of the

1 -- ORDER

date of this order. Additionally, petitioner shall file an amended habeas corpus petition, using the form petition provided by the court, naming the warden of the facility in which he is confined as respondent. Petitioner is advised that his failure to comply with the directives of this order shall result in the dismissal of this proceeding.

The Clerk of the Court is DIRECTED to forward to petitioner with this order an application to proceed *in forma pauperis* and a form § 2241 habeas corpus petition.

IT IS SO ORDERED.

DATED this __1__ day of March, 2011.

                                          */s/ Malcolm F. Marsh*
                                          Malcolm F. Marsh
                                          United States District Judge